United States District Court
Middle District of Florida
Jacksonville Division

3:23-CV-1236-JCJBT

10/15/23

In RE: Notification to Appropriate Officials for Prisoner Case's Injury.

I, Michael R. Pattersen D.O.B

DC# C06061

Has been injured and life is in Danger. Last year I notified this honorable court about my situation which the court notified Columbia correctional Institution about my allegations. This facility officials did nothing but moved me from the main unit to the Annex while at the annex several inmates who placed my life in danger by putting a hit on my life and beat me up, was Also eventually moved here with me and since then I have been physically harmed by being stabbed in my left Risk and in my left knee which I have the wounds to prove it. I did not tell the officials here because they did not take me or you seriously when they were notified by me and you from the last incident. I've been forced to bring in drugs at my Job V.P canteen orderly and forced to do sexual activities with inmates for there profet Just because I helped →

**FOR LEGAL USE ONLY**
Any other use of this paper will result in Disciplinary Action per F.A.C. 33-601.314 (7-4)

Turn over

officers here by telling on these inmates about drugs, cell phones, knives, and stabbings I am a transgender male and i no longer can withstand the sexual, phsical, abuse being amitted to me I dont know who to tell or who to trust, I have a hit for my life to be taken for telling on officer boykens of works food service and is bringing in drugs and also officer Rob who was fired I dont know who to tell or what my next step at reporting these allegation too. I know Im not being taken for real my life is in danger, Ive, been physially harmed, sexually harmed, mentally harmed, and life in danger can you prety please l help me without placing me in any futhfurther danger. I dont use drugs, this is not a joke and everything in this notification is correct and true to the best of my knowledge God Bless you please help me can you notifi a higher authority Please Help Me. Thank You

Michael R. Patterson
DC.# C06061